IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Briscoe, Kimberly A

Printed: 6/17/08

Case Number: 07 B 00388
Judge: Hollis, Pamela S
Filed: 1/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 5, 2008
Confirmed: March 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,734.00 |  |
| Secured: |  | 1,832.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 756.02 |
| Trustee Fee: |  | 145.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,734.00 | 2,734.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 756.02 |
| 2. | RoundUp Funding LLC | Secured | 5,495.15 | 1,832.98 |
| 3. | Brylane Home | Unsecured | 12.38 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 42.92 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 215.48 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 161.98 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 393.99 | 0.00 |
| 8. | AFNI | Unsecured | 93.71 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 116.81 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 136.84 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 135.47 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 137.17 | 0.00 |
| 13. | Aspire Visa | Unsecured | | No Claim Filed |
| 14. | Allied Interstate | Unsecured | | No Claim Filed |
| 15. | Black Expressions | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | Direct Loans | Unsecured | | No Claim Filed |
| 18. | Columbia House | Unsecured | | No Claim Filed |
| 19. | Fingerhut | Unsecured | | No Claim Filed |
| 20. | Capital One Card Center | Unsecured | | No Claim Filed |
| 21. | Global Payments | Unsecured | | No Claim Filed |
| 22. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 23. | Orchard Bank | Unsecured | | No Claim Filed |
| 24. | LVNV Funding | Unsecured | | No Claim Filed |
| 25. | Teen Vogue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Briscoe, Kimberly A | Case Number: 07 B 00388 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 6/17/08 | Filed: 1/9/07 |

| 26. Spiegel | Unsecured |  | No Claim Filed |
|---|---|---|---|
|  |  | _____ | _____ |
|  |  | $ 9,451.10 | $ 2,589.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 20.90 |
| 5.4% | 124.10 |
|  | _____ |
|  | $ 145.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____